[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 1207.]

**AKRON HYDROELECTRIC COMPANY, APPELLANT,** *v.* **CITY OF CUYAHOGA FALLS ET AL., APPELLEES.**

**[Cite as *Akron Hydroelectric Co. v. Cuyahoga Falls*, 1999-Ohio-150.]**

*Appeal dismissed as improvidently allowed.*

(No. 98-2122—Submitted June 9, 1999—Decided July 28, 1999.)

APPEAL from the Court of Appeals for Summit County, No. 18849.

————————————

*Richard K. Wilcox*, for appellant.

*Virgil Arrington, Jr.*, Deputy Law Director, for appellee city of Cuyahoga Falls.

*Brouse & McDowell* and *J. Bruce Hunsicker*, for appellee Powerhouse at Water's Edge, Ltd.

————————————

**{¶ 1}** This cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————